# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE BICHARD FARM FAMILY LIMITED PARTNERSHIP,

    Defendant.

Case No. 2:07-cv-1261

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

An appearance of counsel was made on June 23, 2009 by Richard C. Sahli on behalf of Defendant Bichard Farm Family Limited Partnership. The hearing regarding Defendant's legal representation, previously scheduled for June 29, 2009, is hereby **VACATED**.

As the case now stands, the Clerk has entered default, but the entry has not yet been reduced to judgment. The Court hereby **ORDERS** that Defendant shall within ten days move to set aside the entry of default, or final judgment will be rendered.

**IT IS SO ORDERED.**

6-23-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE